UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-24354-CIV-COOKE/TORRES

TAIWAN SMART,

    Plaintiff,

vs.

THE CITY OF MIAMI,

    Defendant.

_____/

**AMENDED JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, the Jury Verdict (ECF No. 99), and the Mandate of the Court of Appeals for the Eleventh Circuit (ECF No. 165), it is hereby **ORDERED and ADJUDGED** that:

1. The Final Judgment entered on August 12, 2015 (ECF No. 103) is **VACATED**.
2. Amended Judgment is **ENTERED** in favor of the Plaintiff, TAIWAN SMART, and against the Defendant, CITY OF MIAMI, as to: 1) the state law false imprisonment claim; 2) the § 1983 Fourth Amendment claim based on the nonconsensual filming and broadcast of Plaintiff in handcuffs before and after his arrest; and 3) the § 1983 Fourth Amendment claim based on the nonconsensual filming and broadcast of Plaintiff's interrogation. Plaintiff shall recover from Defendant a total of SEVEN HUNDRED SEVEN THOUSAND NINE HUNDRED FIFTY DOLLARS AND ZERO CENTS ($707,950.00), together with any applicable post-judgment interest, for which sum let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of October 2018.

                                                            MARCIA G. COOKE
                                                            United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*