UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:13-cv-24354-MGC

TAIWAN SMART,

    Plaintiff,

vs.

THE CITY OF MIAMI,

    Defendant.
_____/

**NOTICE OF SETTLEMENT AND SUGGESTION OF MOOTNESS**

Defendant, CITY OF MIAMI (the "City") hereby notifies this honorable Court that all issues in this case have now been resolved by a settlement approved by the City of Miami Commission on December 13, 2018. It is respectfully suggested that the paperless order issued December 10, 2018 [D.E. 177] requiring a response to Plaintiff's Renewed Motion for Attorney's Fees [D.E. 175] and Motion to Compel {D.E. 176} is moot. The parties will be filing a stipulation of dismissal with prejudice shortly.

    Respectfully submitted,

VICTORIA MÉNDEZ, City Attorney

HENRY J. HUNNEFELD,
Senior Assistant City Attorney
Attorneys for **City of Miami**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
Email:  hjhunnefeld@miamigov.com
Secondary Email:  mgriffin@miamigov.com

By: s/ *Henry J. Hunnefeld*
    Henry J. Hunnefeld, Assistant City Attorney
    Florida Bar No. 343811

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Henry J. Hunnefeld*
      Henry J. Hunnefeld, Assistant City Attorney
      Florida Bar No. 343811

## **SERVICE LIST**

Joseph P. Klock, Jr., Esq.
Rasco Klock Perez & Nieto, P.L.
2555 Ponce De Leon Blvd., Suite 600
Coral Gables, FL 33134
jklock@rascoklock.com